IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3274-KLM

CARLOS ALBERTO CASTILLO LANDA, Individually and on Behalf of All Others Similarly Situated,
     Plaintiff,

vs.

WESTERN UNION, LLC,
     Defendant.

## STIPULATED ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by the Federal Rules of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevant, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| /s/ April Rhéaume | /s/ Joshua B. Kirkpatrick |
| SANFORD LAW FIRM, PLLC | LITTLER MENDELSON, P.C. |
| Kirkpatrick Plaza | 1900 16th Street, Suite 800 |
| 10800 Financial Centre Pkwy, Suite 510 | Denver, Colorado 80202 |
| Little Rock, Arkansas 72211 | Telephone: (303) 629-6200 |
| Telephone: (800) 615-4946 | Facsimile: (303) 629-0200 |
| Facsimile: (888) 787-2040 | jkirkpatrick@littler.com |
| april@sanfordlawfirm.com | |

**SO ORDERED.**

Dated: _____

_____
Hon. Kristen L. Mix
United States Magistrate Judge